| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:17-CR-150 |
| | § | |
| KESHAWN DEVON THOMAS | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION ON COMPETENCY**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. Judge Giblin conducted a hearing to determine defendant's competency to stand trial. Judge Giblin concluded that the defendant is competent to stand trial under 18 U.S.C. § 4241.

The parties have not objected to the magistrate judge's findings and recommendation. The Court ORDERS that the report and recommendation on defendant's competency to stand trial (#58) is ADOPTED. The Court further ORDERS and FINDS that defendant, Keshawn Devon Thomas, is competent pursuant to Title 18, United States Code, Section 4241.

SIGNED at Beaumont, Texas, this 17th day of August, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE